UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 05-21928-CIV-SEITZ/MCALILEY

**GILBERT J. SABALLOS and
BEVERLY PADEN-SABALLOS, his
wife,**

      Plaintiffs,

v.

**A. BONILLA, as an Officer/Detective of
the Police Department of Metro-Dade
and METRO-DADE COUNTY, a
Florida municipal corporation,**

      Defendants.
_____/

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE coming on to be heard on the foregoing Joint Stipulation of Dismissal With Prejudice and Request for Entry of Final Order, and the Court being advised in the premises, it is

ORDERED AND ADJUDGED that the above-styled action be and the same is hereby dismissed with prejudice, each party to bear its own attorneys' fees and costs. The Court retains jurisdiction to enforce the settlement between the parties.

DONE AND ORDERED in Chambers at Miami, Miami-Dade County, Florida, this _____ day of _____, 2007.

_____
HON. PATRICIA A. SEITZ

Copies furnished to:
Martin Leach, Esq.
Marlon Moffett, Assistant County Attorney