## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
CASE NO. 05-21928-CIV-SEITZ/MCALILEY

GILBERT J. SABALLOS and
BEVERLY PADEN-SABALLOS,
his wife,

      Plaintiffs,

v.

A. BONILLA, *et al.*,

      Defendants.

_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

    .  THIS MATTER is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice

and Request for Entry of Agreed Final Order [DE-100].  Upon due consideration and pursuant to Federal

Rule of Civil Procedure 41(a), it is hereby

    ORDERED that:

    (1) This action is DISMISSED WITH PREJUDICE, with each party to bear his/her/its own

attorneys' fees and costs;

    (2) All pending motions not otherwise ruled upon are DENIED AS MOOT;

    (3) The Court shall retain jurisdiction for three months to enforce the settlement; and

    (4) This case remains CLOSED.

DONE AND ORDERED in Miami, Florida, this __6__ day of March, 2007.

                                     PATRICIA A. SEITZ
                                     UNITED STATES DISTRICT JUDGE

cc:    U.S. Magistrate Judge Chris M. McAliley
       All Counsel of Record